No. 50.   EASTERN RAILROAD PRESIDENTS CONFERENCE ET AL. *v.* NOERR MOTOR FREIGHT, INC., ET AL., *ante,* p. 127;

No. 91.   UNITED STATES *v.* FRUEHAUF ET AL., *ante,* p. 146;

No. 93.   HAUG ET UX. *v.* UNITED STATES, *ante,* p. 811;

No. 73, Misc.   WEST ET AL. *v.* UNITED STATES, *ante,* p. 819; and

No. 74, Misc.   REINTHALER *v.* UNITED STATES, *ante,* p. 819.   Petitions for rehearing denied.

APRIL 17, 1961.

No. 103.   BAKER ET AL. *v.* CARR ET AL.   Appeal from the United States District Court for the Middle District of Tennessee.   (Probable jurisdiction noted, 364 U. S. 898.) Motion of *Upton Sisson* for leave to participate in oral argument, as *amicus curiae,* denied.

No. 181.   RECK *v.* RAGEN, WARDEN.   Certiorari, 363 U. S. 838, to the United States Court of Appeals for the Seventh Circuit.   Motion to substitute Frank J. Pate in the place of Joseph E. Ragen as the party respondent granted.   *Donald Page Moore* on the motion.

No. 783.   CHEWNING *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT.   Certiorari, *ante,* p. 832, to the Supreme Court of Appeals of Virginia.   The motion for appointment of counsel is granted, and it is ordered that *Daniel J. Meador, Esquire,* of Charlottesville, Virginia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.